IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERNEST KELLY HOLESTINE,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY, et al.,**<br><br>Defendants. | Case No. 2:18-cv-00796 AC P<br><br>[PROPOSED] **ORDER GRANTING DISMISSAL OF DEFENDANTS LYONS, CRAWLEY, MARAVILLA, ARVIZO, AND CHURCH AND SUBSTITUTE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR)** |

PURSUANT TO THE PARTIES' STIPULATION, **IT IS ORDERED**:

    1.    Defendants Lyons, Crawley, Maravilla, Arvizo and Church will be dismissed from this case with prejudice.

    2.    Plaintiff's complaint will be amended to add the California Department of Corrections and Rehabilitation as the sole defendant in this case.

Dated: May 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE